UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    KIM LINDSAY,    :    Chapter 13
:
Debtor    :    Bky. No.  16-12683ELF

## O R D E R

AND NOW, after a hearing, and for the reasons stated in court on **November 29, 2016,** it is hereby

**ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim adversary complaints and any further proposed amended chapter 13 plan **on or before December 13, 2016**.

2. If the Debtor files an objection to a proof of claim in accordance with Paragraph 1, the objection will be hearing held on **January 17, 2017, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA.**

Date: **November 29, 2016**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE