## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | KIM LINDSAY, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  16-12863ELF |

# O R D E R

**AND NOW,** after a hearing, it is hereby **ORDERED** that

1. The deadline set in the court's Order dated **November 29, 2016** for the Debtor to file (and serve in accordance with the rules of court) any objections to proofs of claim adversary complaints and any further proposed amended chapter 13 plan is **EXTENDED** to **January 24, 2017.**

2. If the Debtor files an objection to a proof of claim in accordance with Paragraph 1, the objection will be hearing held on **February 28, 2017, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA.**

Date: <u>January 17, 2017</u>

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**