United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kim Lindsay  
       Debtor

Case No. 16-12863-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jan 18, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.  
db         +Kim Lindsay,   1432 North 60th Street,   Philadelphia, PA 19151-4203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:

        DENISE ELIZABETH CARLON   on behalf of Creditor   US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR  
         PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR  
         PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        LEON P. HALLER   on behalf of Creditor   US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA  
         HOUSING FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com  
        ROGER V. ASHODIAN   on behalf of Debtor Kim  Lindsay ecf@schollashodian.com  
        THOMAS I. PULEO   on behalf of Creditor   US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR  
         PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
                                                                                                                                   TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | KIM LINDSAY, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-12863ELF |

# O R D E R

**AND NOW,** after a hearing, it is hereby **ORDERED** that

1. The deadline set in the court's Order dated **November 29, 2016** for the Debtor to file (and serve in accordance with the rules of court) any objections to proofs of claim adversary complaints and any further proposed amended chapter 13 plan is **EXTENDED** to **January 24, 2017.**

2. If the Debtor files an objection to a proof of claim in accordance with Paragraph 1, the objection will be hearing held on **February 28, 2017, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA.**

Date: **January 17, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**