IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KIM LINDSAY,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO. 16-12863-elf |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The Debtor has filed an Objection to the Proof of Claim No. 5 filed by U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Eric L. Frank on February 28, 2017 at 1:00 P.M., in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Attorney for Objector:
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Date: <u>January 24, 2017</u>

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800
(610) 446-6808 (FAX)