**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **KIM LINDSAY,** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  16-12683ELF |

# O R D E R

AND NOW, after a hearing, it is hereby **ORDERED** that **on or before March 14, 2017**, the Debtor shall file a Memorandum in support of her Objection to the Proof of Claim of PHFA (Claim No. 5).

Date: **March 1, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**