IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: KIM LINDSAY, | : CHAPTER 13 |
| Debtor. | : BANKRUPTCY NO. 16-12863-elf |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(a)(8) AND (a)(9)**

I, Kim Lindsay, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for June 27, 2017, in the above-referenced case:

1. I am current with all post-petition obligations or am current under the terms of agreements with certain creditors.

2. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. I have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the Standing Trustee prior to any subsequent confirmation hearing date.

5. If this Certification is being signed by counsel for the Debtor(s), counsel certifies that Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Date: 6/27/17

Kim Lindsay, Debtor