IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| KIM LINDSAY, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO.  16-12863-elf |

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, by Roger V. Ashodian, counsel for the Debtor, has filed an Application seeking compensation of $3,700.00 for the firm's services in this case, with disbursement of $2,200.00 to be made currently from the funds held by the Trustee.  Any Objections to this Application must be filed and served upon us within twenty one (21) days from July 10, 2017, on which date the Application was filed.  A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor.  Other interested parties can obtain a copy on request.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Dated:  July 30, 2017

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Counsel for Debtor