IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| KIM LINDSAY, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16-12863-elf |

## CERTIFICATION OF NO OBJECTION

I hereby certify that, on July 10, 2017, I served notice of the Application for compensation for services in this case upon all interested parties and that I served a copy of the Application upon the Debtor, the Standing Chapter 13 Trustee, and the United States Trustee's office. I further certify that, as of July 31, 2017, no Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Application be entered.

                            REGIONAL BANKRUPTCY CENTER OF
                            SOUTHEASTERN PA, P.C., by:

                            _____
                            Roger V. Ashodian
                            Attorney ID #42586
                            101 West Chester Pike, Suite 1A
                            Havertown, PA  19083
                            (610) 446-6800

                            <u>Counsel for Debtor</u>