# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KIM LINDSAY,** | : | **CHAPTER 13** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 16-12863-elf** |

## ORDER ALLOWING COMPENSATION

AND NOW, this 2nd day of August, 2017, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., counsel for the Debtor, is awarded **$3,700.00** as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of **$2,200.00** to the said counsel from the plan payments which he has received on the Debtor's account, to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**