**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 16-12863-ELF

KIM LINDSAY

1432 NORTH 60TH STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIM LINDSAY

    1432 NORTH 60TH STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    ROGER V ASHODIAN
    101 WEST CHESTER PK
    SUITE 1A
    HAVERTOWN, PA 19083-

Date: 10/26/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee