# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12863-ELF

KIM LINDSAY

1432 NORTH 60TH STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KIM LINDSAY

    1432 NORTH 60TH STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    ROGER V ASHODIAN
    101 WEST CHESTER PK
    SUITE 1A
    HAVERTOWN, PA 19083-

Date: 4/26/2019

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee