# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kim Lindsay
      Debtor

US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY
      v.
Kim Lindsay
      and
William C. Miller Esq.
      Trustee

Chapter 13

NO. 16-12863 ELF

## ORDER

AND NOW, this 23rd day of July, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 21, 2017 it is **ORDERED** that:

the automatic stay under 11 U.S.C. 362 and 1301 (if applicable), is **MODIFIED** to allow US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1432 North 60th Street Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

            **ERIC L. FRANK**
            **U.S. BANKRUPTCY JUDGE**

Kim Lindsay
1432 North 60th Street
Philadelphia, PA 19151

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Roger V. Ashodian Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532