United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12863-elf
Kim Lindsay                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Linda              Page 1 of 1              Date Rcvd: Jul 23, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db             +Kim Lindsay,    1432 North 60th Street,    Philadelphia, PA 19151-4203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
       PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
       PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
       PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA
       HOUSING FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
       PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
      ROBERT MITCHELL MORRIS    on behalf of Creditor    Freedom Credit Union mail@morrisadelman.com
      ROGER V. ASHODIAN    on behalf of Debtor Kim  Lindsay ecf@schollashodian.com
      THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
       PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                           TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kim Lindsay<br>              Debtor<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY<br>                          v.<br>Kim Lindsay<br>              and<br>William C. Miller Esq.<br>              Trustee | Chapter 13<br><br><br>NO. 16-12863 ELF |

## ORDER

AND NOW, this  23rd  day of  July , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 21, 2017 it is **ORDERED** that:

the automatic stay under 11 U.S.C. 362 and 1301 (if applicable), is **MODIFIED** to allow US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1432 North 60th Street Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Kim Lindsay
1432 North 60th Street
Philadelphia, PA 19151

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Roger V. Ashodian Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532