# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **KIM LINDSAY** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16−12863-elf |

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtors, has filed an Application seeking supplemental compensation of $400.00 for the firm's services rendered subsequent to the previous fee application in this case.  Any Objections to this Application must be filed and served upon us within twenty-one (14) days from August 13, 2019, on which date the Application was filed (therefore, any Objections to this Application must be filed and served upon us by no later than August 27, 2019).  A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor.  Other interested parties can obtain a copy upon request.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Dated: August 13, 2019

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor