IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KIM LINDSAY** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16–12863-elf |

## CERTIFICATION OF NO OBJECTION

I hereby certify that on August 13, 2019, I served notice of the Supplemental Application for compensation for services in this case upon the Debtor, the Standing Chapter 13 Trustee, and the United States Trustee's office. I further certify that, as of September 7, 2019, no Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Application be entered.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor