# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KIM LINDSAY  :  CHAPTER 13
:
Debtor  :  BANKRUPTCY NO. 16–12863-elf

## ORDER ALLOWING COMPENSATION

AND NOW, this   10th   day of September, 2019, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, by Roger V. Ashodian, counsel for the Debtor, is **ALLOWED** $400.00 as supplemental compensation for the firm's services in this case. The Trustee is authorized and directed to pay the amount of $400.00 to the said counsel from the plan payments which he has received on the Debtor's account, as provided for under the Plan, with such disbursement to be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**