United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12863-elf
Kim Lindsay                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP           Page 1 of 2          Date Rcvd: Sep 12, 2019
                            Form ID: 210U         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db          +Kim Lindsay,    1432 North 60th Street,    Philadelphia, PA 19151-4203
13748691    ++ASCENDIUM EDUCATION SOLUTIONS   INC,   PO BOX 8961,    MADISON WI 53708-8961
             (address filed with court: Navient Solutions Inc. on behalf of USA Funds,
              Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
13746746    +Equity Trust Company, Custodian FBO Account,   Equity Trust Company,   PO Box 16354,
             Rochester, NY 14616-0354
13720164    +Howard S. Klein, Esquire,   P.O. Box 431,   Bala Cynwyd, PA 19004-0431
13720165    +KML LAW GROUP, P.C.,   Mellon Independence Center,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13720170    +Santander Consumer USA,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13727617    +Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
14125531     United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:14     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA   19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:57
              Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Sep 13 2019 02:57:48     Freedom Credit Union,
              626 Jacksonville Road, Ste 250,   Warminster, PA 18974-4862
13799023     E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:15     City of Philadelphia,
              Law Department   Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA   19102-1595
13720162     E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:15     City of Philadelphia,
              Law Department - Tax Unit,   1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
13720163    +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Sep 13 2019 02:57:48     Freedom Credit Union,
              CenterPointe Office Center,   626 Jacksonville Road, Suite 250,    Warminster, PA 18974-4862
13720166     E-mail/PDF: pa_dc_claims@navient.com Sep 13 2019 02:55:53     Navient,    P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
13720167    +E-mail/Text: bankruptcygroup@peco-energy.com Sep 13 2019 02:57:50      PECO,
              2301 Market Street, S4-1,   Philadelphia, PA 19103-1380
13743847    +E-mail/Text: bankruptcygroup@peco-energy.com Sep 13 2019 02:57:50      PECO Energy Company,
              Attn: Merrick Friel,   2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13720168    +E-mail/Text: blegal@phfa.org Sep 13 2019 02:58:05     Pennsylvania Housing Finance Agency,
              211 N. Front Street,   Harrisburg, PA 17101-1406
13720169    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 13 2019 02:58:23      Progressive Insurance,
              725 Canton Street,   Norwood, MA 02062-2679
13791417    +E-mail/Text: blegal@phfa.org Sep 13 2019 02:58:05
              US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    PHFA Loan Servicing Division,
              211 North Front Street,   Harrisburg, PA 17101-1466
13720171     E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:14     Water Revenue Bureau,
              1401 John F. Kennedy Boulevard,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP             Page 2 of 2               Date Rcvd: Sep 12, 2019
                              Form ID: 210U           Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA
               HOUSING FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              ROBERT MITCHELL MORRIS    on behalf of Creditor    Freedom Credit Union mail@morrisadelman.com
              ROGER V. ASHODIAN    on behalf of Debtor Kim  Lindsay ecf@schollashodian.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kim Lindsay                                                  Case No: 16−12863−elf

     Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

                                                                                                  For The Court

Dated: 9/12/19                                                         Timothy B. McGrath
                                                                                                   Clerk of Court