UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 19, 2019

To:
**Roger V. Ashodian, Esq.**

          In re: **Kim Lindsay**
          Bankruptcy No. **16-12863ELF**
          Adversary No.
          Chapter 7

Re **Conversion to Chapter 7**

The above document(s) were filed in this office on September 11, 2019. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $31.00 Filing Fee for Amendments |
| (x) | $25.00 Conversion Fee |
| ( ) | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

          Timothy B. McGrath
          Clerk


          By:**Paul  A.  Puskar**
            Deputy Clerk

*Fee Notice*
*(11/26/18)*