# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KIM LINDSAY** | : | CHAPTER 7 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 16–12863-elf |

## ORDER

AND NOW, this  27th  day of  December , 2019, upon consideration of the Debtor's Application for an extension of time to file her personal financial management course certificate, it is hereby **ORDERED** that an extension is **GRANTED** until **January 13, 2020**, to file the Debtor's Certificates of Debtor Education.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE