# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**KIM LINDSAY** : **CHAPTER 13**
:
**Debtor** : Bankruptcy No. 16-12863-elf

### ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN(S)

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien(s) of Freedom Credit Union, and after notice and hearing, it is hereby **ORDERED,** subject to 11 U.S.C. §349(b), that the Motion is **GRANTED** and the judicial liens held by Freedom Credit Union in the case *Freedom Credit Union v. Kim Lindsay*, Philadelphia Municipal Court case, Docket No. SC-14-12-30-5921, and/or the case Freedom Credit Union or the case *Freedom Credit Union v. Kim Lindsay*, Philadelphia Municipal Court case, Docket No. SC-15-10-28-6257, upon the Debtor's real property/residence located at 1432 North 60th Street, Philadelphia, PA 19151, are **AVOIDED** pursuant to 11 U.S.C. § 522(f).

**Order entered by default.**

Date: 2/12/20  _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**