United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12863-elf
Kim Lindsay                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP           Page 1 of 1          Date Rcvd: Feb 13, 2020
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db            +Kim Lindsay,    1432 North 60th Street,    Philadelphia, PA 19151-4203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13720163       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Feb 14 2020 03:43:28      Freedom Credit Union,
                 CenterPointe Office Center,   626 Jacksonville Road, Suite 250,   Warminster, PA 18974-4862
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA
               HOUSING FINANCE AGENCY lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              ROBERT MITCHELL MORRIS    on behalf of Creditor    Freedom Credit Union mail@morrisadelman.com
              ROGER V. ASHODIAN    on behalf of Debtor Kim  Lindsay ecf@schollashodian.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**KIM LINDSAY** : **CHAPTER 13**
:
**Debtor** : Bankruptcy No. 16-12863-elf

## ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN(S)

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien(s) of Freedom Credit Union, and after notice and hearing, it is hereby **ORDERED,** subject to 11 U.S.C. §349(b), that the Motion is **GRANTED** and the judicial liens held by Freedom Credit Union in the case *Freedom Credit Union v. Kim Lindsay*, Philadelphia Municipal Court case, Docket No. SC-14-12-30-5921, and/or the case Freedom Credit Union or the case *Freedom Credit Union v. Kim Lindsay*, Philadelphia Municipal Court case, Docket No. SC-15-10-28-6257, upon the Debtor's real property/residence located at 1432 North 60th Street, Philadelphia, PA 19151, are **AVOIDED** pursuant to 11 U.S.C. § 522(f).

**Order entered by default.**

Date: 2/12/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**